**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Heather Diane Nitch f/k/a Heather Diane Greathouse | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-20334 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
03 Mar 2022, 07:44:46, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com