Heather Nitch, Debtor
22-20334-GLT
FILED
03/13/2022 2:50 p.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**stripe**

Write Way Works™ (acct_1C2lqNGEliOiv16o)
206 E Euclid Ave
New Castle, PA, 16105, US

## Get started with Revenue Recognition

Access out-of-the-box revenue reports that automatically capture your latest Stripe data and streamline accrual accounting. You can also import non-Stripe transactions and terms or set custom rules to recognize revenue in line with your accounting practices.

View features ↗

# Reports

Balance    Payout reconciliation

Changes to your Stripe balance from **Jan 1–Mar 10**, based on the **date of the balance change**. Useful to record how your Stripe balance changed.

Write Way Works™

ⓘ  Daily data is currently available through Mar 10 EST. Additional data will be available by Mar 12, 7:00 AM EST.

## Balance summary — Platform

Shows starting and ending balance in your Stripe account. Starting balance is the sum of your available balance, pending balance, and Connect reserved balance. Changes to your balance come from activity (payments, refunds, transfers, etc.) and from payouts to your bank (aggregated here and broken out in detail in the reports below).

| | |
|---|---:|
| Starting balance — Jan 1 EST | $0.00 |
| Balance change from activity | |
|     Account activity before fees | $5,662.53 |
|     Less fees | -$187.84 |
| Net balance change from activity | $5,474.69 |
| Payouts | |
|     Payouts to bank | -$5,420.50 |
|     Payout fees | -$54.19 |
| Total payouts | -$5,474.69 |
| Ending balance — Mar 10 EST | $0.00 |

## Balance change from activity

Detailed breakdown of the **balance change from activity** line from the above **Balance Summary** report. Includes changes to your Stripe balance from activity (payments, refunds, transfers, etc.), excluding payouts, as well as itemized downloads.

| | | |
|---|---|---:|
| **Charges** ⓘ | Count | 9 |
| | Gross amount | $6,383.91 |
| | Fees ⓘ | -$187.84 |
| **Refunds** ⓘ | Count | 0 |

|  |  |  |  |
|---|---|---|---|
|  | Gross amount |  | $0.00 |
| **Financing Paydown** ⓘ | Count | 9 |  |
|  | Gross amount |  | -$721.38 |
| **Balance change from activity** |  | 18 | $5,474.69 |

## Payouts

Detailed breakdown of the **total payouts** line from the above **Balance Summary** report. Includes changes to your Stripe balance, from payouts to your bank, as well as itemized downloads.

| **Payouts** ⓘ | Count | 11 |  |
|---|---|---|---|
|  | Gross amount |  | $5,420.50 |
|  | Fees ⓘ |  | $54.19 |

If you are a project manager who is looking to support a goal-oriented environmen ... more

View offer

View original proposal

View original job posting

About Us

Feedback

Community

Trust, Safety & Security

Help & Support

Our Impact

Terms of Service

Privacy Policy

CA Notice at Collection

Accessibility

Desktop App

Cookie Policy

Enterprise Solutions

Follow us

Mobile app

© 2015 - 2022 Upwork® Global Inc.

# PA Child Support Program

**View Payment Information**

as of Thursday March 10, 2022

Logged In As: Heather D Nitch

| No. | Issue Date | Payment Method | Check Number | Amount | Status |
|---|---|---|---|---|---|
| 1 | 03/08/2022 | PA.EPPICard | | $530.51 | Deposited |
| 2 | 03/04/2022 | PA.EPPICard | | $53.56 | Deposited |
| 3 | 02/25/2022 | PA.EPPICard | | $88.56 | Deposited |
| 4 | 02/18/2022 | PA.EPPICard | | $88.56 | Deposited |
| 5 | 02/11/2022 | PA.EPPICard | | $88.56 | Deposited |
| 6 | 02/07/2022 | PA.EPPICard | | $619.07 | Deposited |
| 7 | 01/28/2022 | PA.EPPICard | | $88.56 | Deposited |
| 8 | 01/21/2022 | PA.EPPICard | | $88.56 | Deposited |
| 9 | 01/14/2022 | PA.EPPICard | | $88.56 | Deposited |
| 10 | 01/10/2022 | PA.EPPICard | | $441.95 | Deposited |
| 11 | 01/07/2022 | PA.EPPICard | | $88.56 | Deposited |
| 12 | 01/03/2022 | PA.EPPICard | | $88.56 | Deposited |
| **Total Amount** | | | | $2,353.57 | |

View Case level details for all payments

View Amount due for the current month and your arrears balance

Only payments made to Nitch, Heather D are displayed. Any payments sent to any party other than Nitch, Heather D will not be displayed. Payments to other parties may include payments to welfare and to other states.

**Child Support and Spousal Support Information:** Note that the timing of the receipt of your support payments may change because the Pennsylvania Supreme Court's Rules of Civil Procedure, Rule 1910.16-7(d), requires that support payments received **MUST** first be applied to meet an obligor's child support obligations(s). Each month's current child support obligation(s) **MUST** be paid in full before payment is applied to any spousal support obligation(s).

Questions about how support is distributed in Pennsylvania?

**Check Information:** Please allow 15 days for a check to arrive. If 15 days have elapsed since the check issue date or if you have any other payment related questions, please call SCDU at (877) 727-7238

**Direct Deposit Information:** Please allow 4 days for a direct deposit to be credited to your account. If 4 days have elapsed since the issue date or if you have any other payment related questions, please call SCDU at (877) 727-7238

**PA.EPPICard Information:** Please allow 4 days for a payment to be credited to your PA.EPPICard. If 4 days have elapsed since the issue date or if you have any other payment related questions, please call PA.EPPICard at 1-800-304-1669. Click here to check balances or transactions on your EPPICard .

For further information contact your Domestic Relations Section

Return to Payee Home

# PA Child Support Program

**View Payment Information**

as of Thursday March 10, 2022

Logged In As: Heather D Nitch

| No. | Issue Date | Payment Method | Check Number | Amount | Status |
|---|---|---|---|---|---|
| 1 | 12/27/2021 | PA.EPPICard | | $88.56 | Deposited |
| 2 | 12/17/2021 | PA.EPPICard | | $88.56 | Deposited |
| 3 | 12/10/2021 | PA.EPPICard | | $88.56 | Deposited |
| 4 | 12/07/2021 | PA.EPPICard | | $530.51 | Deposited |
| 5 | 12/06/2021 | PA.EPPICard | | $88.56 | Deposited |
| 6 | 11/26/2021 | PA.EPPICard | | $88.56 | Deposited |
| 7 | 11/22/2021 | PA.EPPICard | | $88.56 | Deposited |
| 8 | 11/12/2021 | PA.EPPICard | | $88.56 | Deposited |
| 9 | 11/08/2021 | PA.EPPICard | | $530.51 | Deposited |
| 10 | 11/05/2021 | PA.EPPICard | | $88.56 | Deposited |
| 11 | 10/29/2021 | PA.EPPICard | | $88.56 | Deposited |
| 12 | 10/22/2021 | PA.EPPICard | | $88.56 | Deposited |
| 13 | 10/15/2021 | PA.EPPICard | | $88.56 | Deposited |
| 14 | 10/08/2021 | PA.EPPICard | | $530.51 | Deposited |
| 15 | 10/04/2021 | PA.EPPICard | | $88.56 | Deposited |
| 16 | 09/24/2021 | PA.EPPICard | | $88.56 | Deposited |
| 17 | 09/17/2021 | PA.EPPICard | | $88.56 | Deposited |
| 18 | 09/13/2021 | PA.EPPICard | | $88.56 | Deposited |
| 19 | 09/07/2021 | PA.EPPICard | | $619.07 | Deposited |
| 20 | 08/27/2021 | PA.EPPICard | | $88.56 | Deposited |
| 21 | 08/20/2021 | PA.EPPICard | | $88.56 | Deposited |
| 22 | 08/13/2021 | Direct Deposit | | $88.56 | Deposited |
| 23 | 08/09/2021 | Direct Deposit | | $619.07 | Deposited |
| 24 | 07/30/2021 | Direct Deposit | | $88.56 | Deposited |
| 25 | 07/23/2021 | Direct Deposit | | $88.56 | Deposited |
| 26 | 07/16/2021 | PA.EPPICard | | $88.56 | Deposited |
| 27 | 07/12/2021 | PA.EPPICard | | $88.56 | Deposited |
| 28 | 07/06/2021 | PA.EPPICard | | $530.51 | Deposited |
| 29 | 06/25/2021 | PA.EPPICard | | $88.56 | Deposited |
| 30 | 06/18/2021 | PA.EPPICard | | $88.56 | Deposited |
| 31 | 06/14/2021 | PA.EPPICard | | $88.56 | Deposited |
| 32 | 06/08/2021 | PA.EPPICard | | $547.17 | Deposited |
| 33 | 06/07/2021 | PA.EPPICard | | $88.56 | Deposited |
| 34 | 05/28/2021 | PA.EPPICard | | $88.56 | Deposited |
| 35 | 05/24/2021 | PA.EPPICard | | $88.56 | Deposited |
| 36 | 05/14/2021 | PA.EPPICard | | $88.56 | Deposited |
| 37 | 05/10/2021 | PA.EPPICard | | $649.07 | Deposited |
| 38 | 05/03/2021 | PA.EPPICard | | $88.56 | Deposited |
| 39 | 04/23/2021 | PA.EPPICard | | $88.56 | Deposited |

| | | | | |
|---|---|---|---|---|
| 40 | 04/19/2021 | PA.EPPICard | $88.56 | Deposited |
| 41 | 04/12/2021 | PA.EPPICard | $88.56 | Deposited |
| 42 | 04/06/2021 | PA.EPPICard | $411.95 | Deposited |
| 43 | 04/02/2021 | PA.EPPICard | $88.56 | Deposited |
| 44 | 03/26/2021 | PA.EPPICard | $88.56 | Deposited |
| 45 | 03/19/2021 | PA.EPPICard | $88.56 | Deposited |
| 46 | 03/15/2021 | PA.EPPICard | $88.56 | Deposited |
| 47 | 03/08/2021 | PA.EPPICard | $547.17 | Deposited |
| 48 | 03/05/2021 | PA.EPPICard | $53.56 | Deposited |
| 49 | 02/26/2021 | PA.EPPICard | $88.56 | Deposited |
| 50 | 02/19/2021 | PA.EPPICard | $88.56 | Deposited |
| 51 | 02/16/2021 | PA.EPPICard | $88.56 | Deposited |
| 52 | 02/08/2021 | PA.EPPICard | $547.17 | Deposited |
| 53 | 02/05/2021 | PA.EPPICard | $88.56 | Deposited |
| 54 | 02/03/2021 | PA.EPPICard | $88.56 | Deposited |
| 55 | 01/26/2021 | PA.EPPICard | $88.56 | Deposited |
| 56 | 01/19/2021 | PA.EPPICard | $88.56 | Deposited |
| 57 | 01/13/2021 | PA.EPPICard | $441.95 | Deposited |
| 58 | 01/12/2021 | PA.EPPICard | $88.56 | Deposited |
| 59 | 01/06/2021 | PA.EPPICard | $177.12 | Deposited |
| **Total Amount** | | | **$10,720.54** | |

View Case level details for all payments

View Amount due for the current month and your arrears balance

Only payments made to Nitch, Heather D are displayed. Any payments sent to any party other than Nitch, Heather D will not be displayed. Payments to other parties may include payments to welfare and to other states.

**Child Support and Spousal Support Information:** Note that the timing of the receipt of your support payments may change because the Pennsylvania Supreme Court's Rules of Civil Procedure, Rule 1910.16-7(d), requires that support payments received **MUST** first be applied to meet an obligor's child support obligations(s). Each month's current child support obligation(s) **MUST** be paid in full before payment is applied to any spousal support obligation(s).

Questions about how support is distributed in Pennsylvania?

**Check Information:** Please allow 15 days for a check to arrive. If 15 days have elapsed since the check issue date or if you have any other payment related questions, please call SCDU at (877) 727-7238

**Direct Deposit Information:** Please allow 4 days for a direct deposit to be credited to your account. If 4 days have elapsed since the issue date or if you have any other payment related questions, please call SCDU at (877) 727-7238

**PA.EPPICard Information:** Please allow 4 days for a payment to be credited to your PA.EPPICard. If 4 days have elapsed since the issue date or if you have any other payment related questions, please call PA.EPPICard at 1-800-304-1669. Click here to check balances or transactions on your EPPICard   .

For further information contact your Domestic Relations Section

Return to Payee Home