**stripe**

Write Way Works™ (acct_1C2lqNGEliOiv16o)
206 E Euclid Ave
New Castle, PA, 16105, US

Heather Diane Greathouse
Western District of PA
Case No: 22-20334-GLT

FILED
03/14/2022 2:14 p.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# Reports

Balance    Payout reconciliation

Changes to your Stripe balance from **Jan 1–Mar 12**, based on the **date of the balance change** ℹ. Useful to record how your Stripe balance changed.

Write Way Works™ ⇅

ℹ Daily data is currently available through Mar 12 EST. Additional data will be available by Mar 15, 8:00 AM EDT.

## Balance summary — Platform

Shows starting and ending balance in your Stripe account. Starting balance is the sum of your available balance, pending balance, and Connect reserved balance. Changes to your balance come from activity (payments, refunds, transfers, etc.) and from payouts to your bank (aggregated here and broken out in detail in the reports below).

| | | |
|---|---|---|
| Starting balance — Jan 1 EST | | $0.00 |
| Balance change from activity | | |
|     Account activity before fees | | $6,726.93 |
|     Less fees | | -$222.94 |
| Net balance change from activity | | $6,503.99 |
| Payouts | | |
|     Payouts to bank | | -$6,439.61 |
|     Payout fees | | -$64.38 |
| Total payouts | | -$6,503.99 |
| Ending balance — Mar 12 EST | | $0.00 |

## Balance change from activity

Detailed breakdown of the **balance change from activity** line from the above **Balance Summary report**. Includes changes to your Stripe balance from activity (payments, refunds, transfers, etc.), excluding payouts, as well as itemized downloads.

| | | | |
|---|---|---|---|
| Charges ℹ | Count | 10 | |
| | Gross amount | | $7,583.91 |
| | Fees ℹ | | -$222.94 |
| Refunds ℹ | Count | 0 | |
| | Gross amount | | $0.00 |
| Financing Paydown ℹ | Count | 10 | |
| | Gross amount | | -$856.98 |
| Balance change from activity | | 20 | $6,503.99 |

## Payouts

Detailed breakdown of the **total payouts** line from the above **Balance Summary** report. Includes changes to your Stripe balance, from payouts to your bank, as well as itemized downloads.

| Payouts | | |
|---|---|---|
| | Count | 12 |
| | Gross amount | $6,439.61 |
| | Fees | $64.38 |

Heather Diane Greathouse
Western District of PA
Case No: 22-20334-GLT

Heather Diane Greathouse
Western District of PA
Case No: 22-20334-GLT



Tel (650) 316-7500
www.Upwork.com

March 14, 2022

475 Brannan St., Suite 430
San Francisco, CA 94107
USA

To Whom It May Concern,

This letter is to provide documentation of earnings to Heather Nitch, who is an independent contractor performing services as a freelancer for third party client companies through Upwork. Upwork provides an online workplace, where companies hire, manage, and pay freelancers through our web-based platform.

While Upwork is not the employer of Heather Nitch and does not control their ongoing earnings on Upwork, we can confirm that Heather Nitch has been paid the following amounts as an independent contractor in the past 12 months.

**Freelancer profile**

| Name | Heather Nitch |
|---|---|
| Title | Implementation Analyst \| Project Manager \| 20 yr Customer Service Pro |
| Upwork Profile URL | https://www.upwork.com/users/~0157d7d520fade2ec2 |
| Active on Upwork Since | May 11, 2016 |
| Address | 206 E Euclid Ave, New Castle, PA 16105, United States |

**Service contract payments received**

| Since Apr 01, 2021 | Since Oct 01, 2021 | Since Jan 01, 2022 | Since Mar 01, 2022 |
|---|---|---|---|
| $476 USD | $476 USD | $361 USD | $140 USD |

**Service contract payments received**

This Statement of Earnings is issued upon the request of the above-named freelancer for reference purposes and Upwork certifies to the truthfulness and authenticity of the same on the basis of company records.

*Michelle Appleberg*
Michelle Appleberg
Director, Customer Support,
Upwork Global Inc.

**About Upwork Global Inc.**

Upwork provides an online workplace, where freelancers provide online, virtual services to companies across the globe. The individual above is an independent contractor and not an employee of Upwork nor the clients to which the individual provides services. The freelancer offers his/her expertise to the public, using the freelancer's own equipment and assets and retains the possibility of profit and loss. Upwork does not control the freelancer's ongoing earnings. This statement is a confirmation of the work performed by this freelancer for his/her clients through the Upwork platform, and not a guarantee of future earnings.

Heather Diane Greathouse
Western District of PA
Case No: 22-20334-GLT

Write Way Works LLC

## Invoicing

Invoices | E

Create Batch Invoice | Create Invoice

Search b... **All** | Search invoice | Down... | Fil... 1 | Feedback

Results filtered by    Date range - 1/1/22 - 3/14/22  ✕

| | | | |
|---|---|---|---|
| ☐ Mar 7, 2022 | PAID Due Mar 17, 2022 | $111.45 USD | ⋮ |
| ☐ Feb 21, 2022 | PAID Due Mar 3, 2022 | $62.55 USD | ⋮ |
| ☐ Feb 4, 2022 | PAID Due Feb 14, 2022 | $37.50 USD | ⋮ |
| ☐ Feb 3, 2022 | PAID Due Feb 13, 2022 | $105.00 USD | ⋮ |

Help    Contact    Fees    Security    English    Français    Español    中文

About    Developers    Partners

Copyright © 1999-2022 PayPal. All rights reserved.

Privacy    Legal    Policy updates

! Effective immediately, Upwork has begun to cease operations in Russia and Belarus. See here for details. ✕

# Stable, Long-Term Project Manager Role Available for our Marketing Compa…

Active since Mar 9, 2022

Messages ⋯

TO-DO's    Time & Earnings    Work Diary    **Terms & Settings**    Feedback

## Rate and limits

**Rate**

$30.00 /hr

**Weekly Limit**

30 hrs/week

**Manual Time**

Manual time allowed

**Start Date**

March 9, 2022

View history of contract changes

**Verified Name**

Heather Nitch

**Contract ID**

29758764

## Description of Work

If you are a project manager who is looking for a supportive, team-oriented environmen…  more

If you are a project manager who is looking to support a results-oriented environmen ... more

View offer

View original proposal

View original job posting

Heather Diane Greathouse
Western District of PA
Case No: 22-20334-GLT

About Us

Feedback

Community

Trust, Safety & Security

Help & Support

Our Impact

Terms of Service

Privacy Policy

CA Notice at Collection

Accessibility

Desktop App

Cookie Policy

Enterprise Solutions

Follow us

Mobile app

© 2015 - 2022 Upwork® Global Inc.